United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR TREVINO | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5736 |
| | § | |
| JOHNSON CONTROLS SECURITY | § | |
| SOLUTIONS LLC | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Partial Motion to Dismiss (Doc. No. 9), the Response (Doc. No. 10) and Judge Bennett's Memorandum and Recommendation (Doc. No. 15). There were no objections filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Count Eleven, the fraudulent inducement/misrepresentation claim, should be dismissed and that Plaintiff be granted leave to amend Count Eleven. Accordingly, it is hereby

**ORDERED** That the Memorandum and Recommendation (Doc. No. 15) is **ADOPTED**. Defendant's Partial Motion to Dismiss (Doc. No. 9) is **GRANTED**. Plaintiff has **twenty-one days** from the date of this Order to amend Count Eleven of his complaint, the fraudulent inducement/misrepresentation claim.

SIGNED this 18th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE